2009-15171
FILED
February 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002401653

**3**

LISA A. HOLDER, CSB NO. 217752
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
E-Mail: lholder@kleinlaw.com

Attorneys for Debtor

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

### UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 09-15171-A-11 |
| ELIEZER ALCARAZ dba DEL PUEBLO JEWELERS, | Chapter 11 |
| Debtor. | DC No. KDG - 12 |

Date:     January 20, 2010
Time:     2:00 p.m.
Place:    Bankruptcy Court
              1300 18th Street
              Bakersfield, California
Judge:    Whitney Rimel

### FINDINGS OF FACT IN SUPPORT OF FINAL APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF SMALL BUSINESS PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE AS MODIFIED ON JANUARY 13, 2010

I.    Introduction[1]

Confirmation of the *Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code as Modified on January 13, 2010* (the "Plan") filed by Eliezer Alcaraz ("Debtor"), came on for hearing on January 20, 2010, at 2:00 p.m. after notice to Debtor, the United States Trustee, all creditors and parties requesting special notice. Lisa Holder, Esq., appeared on behalf of the Debtor and other appearances were made as set forth on the record.

---

1  The Capitalized terms herein shall have the same meaning as set forth in the Small Business Plan of Reorganization filed on December 9, 2009.

RECEIVED
February 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002401653

The Court reviewed the Plan, the *Worksheets for Determining Acceptance of Plan of Reorganization* submitted by Debtor, the *Memorandum of Points and Authorities in Support of Confirmation of Plan of Reorganization Filed by Debtor*, the *Declaration of Eliezer Alcaraz in Support of Confirmation of Plan of Reorganization Filed by Debtor*, the *Ballots on Plan of Reorganization filed by Debtor*, and considered the comments made on the record by counsel for Debtor.

After determining that copies of the Plan and the *Debtor's Disclosure Statement Dated December 7, 2009* conditionally approved by the Court had been served on Debtor, the United States Trustee, all creditors, parties in interest, and parties requesting special notice, makes the following findings as more fully described on the record at the hearing held on January 20, 2010:

II.    Findings of Fact and Conclusions of Law

1.    the *Debtor's Disclosure Statement, Dated December 7, 2009* filed by Debtor on December 9, 2009 ("the Disclosure Statement") contains "adequate information" as required by 11 U.S.C. section 1125;

2.    the *Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Dated December 7, 2009*, filed by Debtors on December 9, 2009 and the *Modification Before Confirmation of Plan of Reorganization Dated January 13, 2010* (the "Plan"), complies with the applicable provisions of Chapter 11 of the Bankruptcy Code and meets the requirements of 11 U.S.C. § 1129 as more fully described below;

3.    The Plan has been proposed in good faith and not by any means forbidden by law;

4.    Any payment made or promised by Debtor or the estate for the services or for costs and expenses incurred in connection with the case, or in connection with the Plan and incident to the case, have been disclosed to the Court;

5.    A holder of a claim or interest of an impaired class that has accepted the Plan has, or will receive or retain under the Plan, property of a value, as of the Effective Date of the Plan, that is not less than the amount that such holder would receive or retain if the estate was liquidated under Chapter 7 on account of such claim;

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

6.    The Plan has been accepted by at least one class of claims impaired under the Plan excluding insiders of Debtor;

7.    Confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of Debtor except as proposed in the Plan; and

8.    All required Court and United States Trustee fees will be paid before the Effective Date of the Plan.

9.    Notice of the hearing on final approval of the Disclosure Statement and confirmation of the Plan was adequate and, based upon the foregoing, good cause appears for the entry of an Order approving the Disclosure Statement and confirming the Plan.

10.    The Court will issue a separate Order approving the Disclosure Statement and confirming the Plan and setting specified deadlines as set forth in the Plan.

**Respectfully Submitted By:**

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By _____
LISA HOLDER,
Attorneys for Debtor,
Eliezer Alcaraz

Dated:

Feb 09, 2010

_____
United States Bankruptcy Judge

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309